IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02479-RM-KLM

WILMER MIRANDA,

    Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC., a Missouri corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order [#14]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [##14-1, 14-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: January 3, 2014

---

[1] "[#14]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.