**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-02479-RM-KLM

WILMER MIRANDA,

    Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC., a Missouri corporation,

    Defendant.

___

**ORDER DISMISSING CASE WITH PREJUDICE**
___

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED this 1st day of May, 2014.

                                              BY THE COURT:

                                              _____
                                              RAYMOND P. MOORE
                                              United States District Court Judge